# EXHIBIT ONE:



## Criminal Records Report re: David Alan Roberts, currently living at 98 Broadturn Rd., in Scarborough, Maine 04074

| | Name / Aliases | Address / Phone | Previous Cities |
|---|---|---|---|
| 1 | | | |
| 2 | **David Alan Roberts**<br><br>**DOB:** May 2nd, 1962<br><br>**AGE:** 53 years old<br><br>**RELATIVES:**<br>Doreen Roberts (49)<br>Amy Roberts (29)<br>Michelle Roberts (30)<br>Cory Roberts (40) | **Address 1:**<br>14 Martin AVE<br>Scarborough, ME 04074<br>(207) 510-1141<br><br>**Address 2:**<br>**249 Broadturn RD**<br>**Scarborough, ME 04074**<br>**(207) 730-7221**<br><br>**Address 3:**<br>**98 Broadturn Rd**<br>**Scarborough, ME 04074**<br><br>**Address 4:**<br>12422 Brookside ST<br>Spring Hill, FL 34609<br>(352) 340-4385 | Scarborough, ME<br>Spring Hill, FL<br>Port Richey, FL<br><br>Complete Background Check |

Subject was convicted and sentenced by the Pasco County Circuit Court in Dade City, Florida on Dec 28th, 2008. The Court's Criminal Division handles all felonies & misdemeanors, & can be reached at (352) 523-2411 in Dade City. Subject's felonies are also listed in the Florida Parole Commission's data base, which can be reached by calling 1-800-488-2952. The clerk of criminal affairs at the Pasco County Circuit Court stated that his attorney plea-bargained away four other criminal charges. [ see Case 1998-CF-1499 ] A fellow parolee; has stated that their Parole Officer refers to the 59-yr old Mr Roberts as being a relentlessly aggressive social predator who is a career criminal. [ in-court testimony expected during the trial of this matter ]

## State Criminal Check

### 3 Felony records Found for David A Roberts in the state of Florida

Record 1 of 1

### DAVID A ROBERTS

RUN **COMPREHENSIVE BACKGROUND CHECK** ON DAVID A ROBERTS.

| | | | |
|---|---|---|---|
| **DOB:** | 5/2/1962 | **GENDER:** | M |
| **HEIGHT:** | 5'10" | **EYE COLOR:** | Blue |
| **RACE:** | White | **STATE:** | Fl |
| **COUNTY:** | Pasco | **ADDRESS:** | 18349 Drayton St<br>Spring Hill, FL 34610 |

**OFFENSE DETAILS (1 OF 3)**

| | |
|---|---|
| **CASE NUMBER:** | 9801599 - Confirm Case at the Courthouse |
| **STATE CODE:** | FL |
| **OFFENSE DESC:** | **AGGRAVATED ASSAULT; OF LAW ENFORCEMENT OFFICER OR FIREFIGHTER OR INTAKE OFFICER** |
| **OFFENSE DATE:** | 5/25/1998 |
| **OFFENSE CLASS:** | **FELONY** |

**OFFENSE DETAILS (2 OF 3)**

| | |
|---|---|
| **CASE NUMBER:** | 9801599 - Confirm Case at the Courthouse |

| | | | |
|---|---|---|---|
| **STATE CODE:** | FL | **OFFENSE DESC:** | **RESISTING OFFICER WITH VIOLENCE** |
| **OFFENSE DATE:** | 5/25/1998 | **OFFENSE CLASS:** | **FELONY** |

**OFFENSE DETAILS (3 OF 3)**

| | | | |
|---|---|---|---|
| **CASE NUMBER:** | 9801599 - Confirm Case at the Courthouse | | |
| **STATE CODE:** | FL | **OFFENSE DESC:** | **THREATENS HARM TO PUBLIC SERVANT OR OTHER PERSON IN WHOSE WELFARE HE IS INTERESTED** |
| **OFFENSE DATE:** | 5/25/1998 | **OFFENSE CLASS:** | **FELONY** |