## EXHIBIT TWO:



**criminal records report re:**
**Carlene Jean Smith**
**Currently residing/renting at 96 Broadturn Road in Scarborough, Maine**

**[ formerly Stephanie Obier? Prison inmate 317481- Florida Dept Corrections ? ]**

From Prison Legal News.org: via the Florida Dept of Corrections, Region 2

**Offense: Possession of cocaine**

## 53 Years Old / DOB: 10/15/1968

**currently living at 96 Broadturn Rd., in Scarborough, Maine 04074 with Michael Robert Smith [ formerly Michael Robert Brown ]**

**Known Aliases: Carla Smith, Carla Jean Obier, Carla Carson, Carl J Obier, Carla O Bier,  Carla J Obier, Stephanie Obier**

From Mugshots.com /  Name: OBIER, CARLA JEAN : DOB: 10/15/1968 Mugshots.com ID: 68147667 Report #: 950014354/1

**Gender:** female [ **previously employed as a Nurse's Aid** ]

**Previous Locations:**

    7227 Exemplar Drive, New Port Richey, Florida, 34655
    2010 Land O Lakes Boulevard, Lutz, Florida, 33549
    7901 Leato Lane, New Port Richey, Florida, 34655
    3319 Sherwood Drive, Largo, Florida, 33771
    151 Jim Road, Douglas, Georgia, 31533
    14704 Coral Drive, Hudson, Florida, 34667
    9548 Round Lake Drive, Weeki Wachee, Florida, 34613
    2035 G D, Holiday, Florida, 34691
    9330 Sunshine Boulevard, New Port Richey, Florida, 34654
    Port Richey, Florida
    **96 Broadturn Rd, Scarborough, Maine 04074**
    **Spring Hill, Florida [ NOTE: same town of origin as her friend: thrice-convicted**
    **felon: David Alan Roberts, living next door at 98 Broadturn Rd in Scarborough,**
    **Maine 04074 ]**

Glen Allen, Virginia
Floral City, Florida
Mc Rae, Georgia
Charlotte, North Carolina

## PREVIOUS ARRESTS & CHARGES = 13 !!!!!!!!!!:

**Arrested**: Aug 12, 2008 Source PASCO COUNTY CIRCUIT COURT (Florida)
**Arrested**: Aug 3, 2009 Source PASCO COUNTY SHERIFF DEPARTMENT (Florida)
    Charges/Offenses:
- **failure to appear in court - petit theft less than 300.00**

**Arrested** as **CARLA JEAN OBIER** on Jan 13, 1998 Source DEPT OF CORRECTIONS (Florida)
    Charges/Offenses:
- **obtainng prop/return for worthless check | fraud-insuff funds check make utter issue under 150 dollars**

**Arrested** as **CARLA JEAN OBIER** on Oct. 5th, 1995 Source: HERNANDO COUNTY SHERIFF'S OFFICE:
    Charges/Offenses:
- traffic arrest-other

**Arrested** as **CARLA OBIER**: **Warrant Date:** Jun 10, 2008 Source: **FLORIDA DEPARTMENT OF REVENUE – WRITS Case Number: 8819651001**
Charges/Offenses:

**Traffic Arrest**-as **CARLA OBIER**: HERNANDO_COUNTY_ARRESTS (Florida) **Jan 14, 1998** / Source: PASCO CIRCUIT AND COUNTY COURT (Florida)
    Charges/Offenses
- **Obtained property in return for worthless check**

**Cited & Summoned**: as **CARLA OBIER** on Offense Date: **Jan 22, 1998** / Source: PASCO CIRCUIT AND COUNTY COURT (Florida)
    Charges/Offenses:
- **Obtained property in return for worthless check**

**Cited & Summoned**: as **CARLA OBIER** on Offense Date: **Jan 15, 1998** / Source PASCO CIRCUIT AND COUNTY COURT (Florida)
    Charges/Offenses:
- **Obtained property in return for worthless check**

**Traffic Arrest** as **CARLA OBIER** on Offense Date: **Oct 5, 1995** / Source: HERNANDO COURTS (Florida)
    Charges/Offenses:
- knowingly driving while license susp or revk | traffic arrest-other

**Traffic Arrest**: as **CARLA JEAN OBIER on Offense Date:** / Source FLORIDA_HERNANDO_COUNTY_ARRESTS (Florida)
    Charges/Offenses
- traffic arrest-other

## ADDITIONAL CRIMINAL OFFENSES: for CARLA JEAN OBIER:
1. **Dec 29, 1994** / Source: PASCO CIRCUIT AND COUNTY COURT (Florida)

Charges/Offenses:
- vio of d/l restrictions

2. **Oct 5, 1995** / Source: FLORIDA HERNANDO CLERK OF COURT (Florida)
Charges/Offenses
- knowingly driving while license susp or revk

3. **Jun 3rd, 2008** / Source: PASCO CIRCUIT AND COUNTY COURT (Florida)
Charges/Offenses
- **petit theft 2nd degree 1st offense**

4. **Feb 21st, 2017** / Source: FLORIDA HERNANDO CLERK OF COURT (Florida)
Charges/Offenses
- improper-change-of-lane, pulling out in front of vehicle goi | drive while license suspended cancelled revoked 1st conviction

5. **Mar 9th, 2017 - STATUS: OPEN** / Source: **PASCO CIRCUIT AND COUNTY COURT (Florida)**
Charges/Offenses
- **animal running at large | failure to prevent aggressive behavior by animal**


**Possible Relatives:** Donald E Carlson, Moxie J Carson, Patricia Kay Morlang, Deborah Anne Presley, Anthony J Smith, Decarlo Osean Smith, Melanie Rose Smith, Michael Robert Smith | current husband | , Michael Roy Smith, Robert Waterhouse Smith, Rosemary Eva Smith, Alishia Shaunta Watts Smith,

**Previous Phone numbers**

1 (XXX) XXX-0219 / 1 (XXX) XXX-2439 / 1 (XXX) XXX-9105 / 1 (XXX) XXX-5999
1 (XXX) XXX-2921 / 1 (XXX) XXX-9843 / 1 (XXX) XXX-6946 / 1 (727) 940-7000

**PREVIOUS NEIGHBORS:**

**At 7206 San Carlos Dr, Port Richey, FL, 34668**
**Darlene Flynn / Age 56 (approx)**
Date of Birth / Nov 9, 1963 - Nov 8, 1964
Neighbor Address: 7206 San Carlos Dr, Port Richey, FL, 34668
Phone Number: (727) 807-5021

**Diane Wittgartner : Age 74 (approx)**
Date of Birth / Nov 9, 1945 - Nov 8, 1946
Neighbor Address
7205 San Carlos Dr, Port Richey, FL, 34668
Phone Number: (727) 847-0038

**Julie Gallagher: Age 62 (approx)**
Date of Birth / Nov 9, 1957 - Nov 8, 1958