**SCARBOROUGH, MAINE — INC. 1658**

## Planning & Code Enforcement Department

February 1, 2021

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Herbert O. Chadbourne
Paul Curtis Selzer
P.O. Box 314
Scarborough, ME 04074

Subject: **Request for Inspection to resolve complaint, Broadturn Road, Map R045003C**

Dear Sirs:

This department has received several complaints alleging that a variety of unpermitted land use activities, including the use of an recreational vehicle /camping trailer as a dwelling, are occurring on the subject property.

In order to resolve these complaints, the Town requests your permission to come to the property to review these complaints with you and if the violations do not exist, close out the complaints. If violations are found, the Town would like to work with you on a plan for corrective action on a reasonable timetable.

As always, the Town seeks voluntary compliance from a landowner to resolve any issues. We respectfully ask that you contact this office within 7 days of receipt of this letter to schedule a site visit.

If you wish to dispute anything in this Notice of Violation and Order, youThank you for your prompt attention to this matter.

Sincerely,

*[signature]*                                                **EXHIBIT SIX:**

Brian Longstaff
Zoning Administrator, Town of Scarborough

259 US ROUTE ONE, PO BOX 360
SCARBOROUGH, MAINE 04070-0360
PHONE: 207-730-4040 FAX: 207-730-4046
WWW.SCARBOROUGHMAINE.ORG