LEGAL DISCLAIMER: The contents of this written communication are confidential and are legally protected by the Stored Communications Act, as codified in 18 U.S.C. § 2701 *et seq.* This content is intended for viewing by the designated recipient only and is not authorized, nor intended, for viewing by third parties. Moreover, willfully breaching this reasonable expectation of privacy and of confidentiality may prove to be legally actionable.

Herbert O. Chadbourne  October 25th, 2020
PO Box 314
Scarborough, Maine 04070

Mr. Phil Saucier, Esq.
Chair of the Municipal & Governmental Services Group
Bernstein, Shur, Sawyer & Nelson, PA
100 Middle Street – PO Box 9729
Portland, Maine 04104-5029

"In order to be a good lawyer, you have to be a good human first.,
Firm-wide, we are committed to acting with integrity, ethics, and respect, no matter what we're working on or who we're working with. "
[ Quoted from the website of Bernstein, Shur, Sawyer & Nelson on August 21st, 2017 at
http://www.bernsteinshur.com ]

Dear Mr. Saucier

In the clear spirit of good faith and fair dealing, please permit me to proactively and succinctly call your attention to an incident that happened earlier today at approx 2:18 pm when Scarborough Patrol Officer: Shawn Anastasoff willfully and knowingly drove his Police cruiser past four separately posted "No Trespassing" signs on the half-mile, private road which leads into the clearing in my 5.89-acre forest at 98-C Broadturn Road in Scarborough, Maine <u>WITHOUT A WARRANT OF ANY KIND REGARDING A CIVIL MATTER</u>.

**The reason**: Although I'm guesstimating in this regard, I suspect that "Carla Smith" [ a/k/a Stephanie Obier; formerly inmate 317481 with the Florida Dept of Corrections? ] who is a friend of the thrice-convicted felon next door; namely David Alan Roberts ( see the attached Intelius report and please remember our prior communications in 2017 re my attached & proposed legal complaint ), who ominously claims to have come to Maine from the same town as Mr Roberts, and who is currently <u>renting</u> the house which abuts my deeded right of way, fabricated yet another complaint to the Scarborough Police Force about my property maintenance man's recent attempt to clear some fallen tree branches which had partially blocked my deeded right of way for the past three-and-a-half weeks. **I had obtained her landlord's verbal permission to clear these obstructing branches from my right of way on the day before I sent my maintenance man there. Her landlord, namely Charles Dickinson, is currently the deeded owner of record, and for that reason, he has the legal standing to grant permission to clear any fallen tree branches across my deeded right of way, BUT AS A RENTER, SHE DOES NOT.**

**The fruit of the Poisonous Tree Doctrine:** As you already know, in its general application, the Fruit of the Poisonous Tree Doctrine is an exclusionary rule that makes evidence inadmissible in court if it was derived from evidence that was illegally obtained. As the metaphor suggests, if the evidentiary "tree" is tainted, so is its "fruit." [ This doctrine was judicially established in 1920 by the decision in <u>Silverthorne Lumber Co.</u> ]

# EXHIBIT SEVEN:

LEGAL DISCLAIMER: The contents of this written communication are confidential and are legally protected by the Stored Communications Act, as codified in 18 U.S.C. § 2701 *et seq*. This content is intended for viewing by the designated recipient only and is not authorized, nor intended, for viewing by third parties. Moreover, willfully breaching this reasonable expectation of privacy and of confidentiality may prove to be legally actionable.

A respectful suggestion: During his impulsive and legally impermissible trespass on my posted property in this civil matter, it may be that Patrol Officer Anastasoff has inadvertently given me the legal advantage in any legal actions which could regrettably ensue with your client: namely with the Town of Scarborough, if it inadvertently derives from his trespass.

**"One Bite at the Apple":** As you also know, the 5th Amendment to the US Constitution forbids double jeopardy in the American legal system.

**Profit**: **might be the possible motive of thrice-convicted Florida felon; David Roberts, whose land at 98 Broadturn Road abuts the western side of my deeded right of way and who has been predatorily eager to falsely accuse me to a few complicit Scarborough Police Officers in the past , and of his associates: namely Carline and Michael Melvin Smith, who rent the dilapidated hovel on the eastern edge of my deeded right of way.**

Please recall our communications in August of 2017, wherein I referenced to you that Zachary Jones, whose family owns the property on the western edge of Mr. Roberts' property, alleges that Mr. Roberts is a ..."land-scamming career criminal"

In closing, I'd like to thank you in advance for proactively curtailing the occasionally impulsive actions of the your client's Police Officers, so that I do not have to adjoin my legal complaint to the pending action of online publisher: Mike Doyle, against the Town of Scarborough.

Respectfully,

*[signature]*

Herbert O Chadbourne, law grad, Scarborough landowner and Gulf War veteran
HerbChadbourne@gmail.com
Att: