**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**156 FEDERAL STREET**
**PORTLAND, ME 04101**

**OFFICIAL BUSINESS**

filed on 3/29/2021
12:40 pm EST