## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| HERB CHADBOURNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 2:21-cv-00085-NT |
| | ) |
| BRIAN LONGSTAFF, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On July 31, 2021, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision (ECF No. 11). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The action is hereby **DISMISSED** without prejudice.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 10th day of September, 2021.